RICHARD M. BOOHER AND NANCY ANN BROWN v. WILLIAM C. FRUE, RONALD K. PAYNE AND MICHAEL Y. SAUNDERS

No. 465A87

(Filed 3 February 1988)

APPEAL as of right by defendants pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 86 N.C. App. 390 (1987), reversing a judgment entered by *Owens, Judge,* on 27 March 1986 in Superior Court, BUNCOMBE County. Heard in the Supreme Court 9 December 1987.

*Kennedy Covington Lobdell & Hickman, by James E. Walker and Alice Carmichael Richey, for plaintiff appellees.*

*Ronald W. Howell, for defendant appellants.*

PER CURIAM.

Affirmed.